# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROMOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER INC., a New Jersey corporation,<br><br>Defendant. | Case No.: 3:22-cv-00075-LL-WVG<br><br>**ORDER ON MOTION FOR ADDITIONAL TIME TO RESPOND**<br><br>[ECF No. 7] |

## I. INTRODUCTION

Plaintiff ROBERT ROMOFF, individually and on behalf of all others similarly situated ("Plaintiff") brings this putative class action against Defendant JOHNSON & JOHNSON CONSUMER INC., a New Jersey corporation ("Defendant"), for, *inter alia*, false advertising. ECF No. 1. Before the Court is the Joint Motion to Extend Defendant's Time to Respond the Complaint. ECF No. 7. After considering the papers submitted, supporting documentation, and applicable law, the Court **GRANTS** the Joint Motion.

## II. BACKGROUND

### A. Statement of Facts

Plaintiffs allege that Defendant falsely advertised by marketing and selling non-drowsy Tylenol Products that cause drowsiness. ECF No. 1 at ¶¶ 10-13

**B.    Procedural History**

On January 20, 2022, Plaintiff this lawsuit, alleging claims for relief for (1) violation of state consumer protection acts; (2) violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.*; (3) violation of California's False Advertising Law; (4) violation of California's Consumer Legal Remedies Act; (5) breach of express warranty; (6) negligent misrepresentation; (7) intentional misrepresentation; and (8) unjust enrichment. ECF No. 1. On January 21, 2022, Plaintiff served Defendant, meaning Defendant's deadline to respond is Friday, February 11, 2022. *See* ECF No. 7 at 2, ¶¶ 1-2.

On February 7, 2022, the parties filed the instant joint motion seeking to extend Defendant's deadline to respond to the complaint by 42-days, or to Friday, March 25, 2022, in order to provide Defendant adequate time to investigate and respond to the claims in the complaint. ECF No. 7 at 2, ¶ 3.

## III.    LEGAL STANDARD

Rule 12 of the Federal Rules of Civil Procedure requires a defendant to file a responsive pleading within either (1) twenty-one days of being served with the summons and complaint or (2) sixty days after the request for a waiver was sent. Pursuant to the Local Rules, "[e]xtensions of time for answering, or moving to dismiss a complaint will only be secured by obtaining the approval of a judicial officer, who will base the decision on a showing of good case." S.D. Cal. Civ. R. 12.1. Thus, "[i]n the Southern District, court approval is required for *any* extension of time to answer or move to dismiss the complaint." Phillips, Virginia A., et al., *Rutter Group Prac. Guide: Fed. Civ. Pro. Before Trial*, § 8:913 (The Rutter Group April 2020).

## IV.    CONCLUSION

The Court finds good cause exists and extends Defendant's time to respond to the complaint from Friday, February 11, 2022, to Friday, March 25, 2022. Further extensions will not be granted absent a strong showing of good cause.

**IT IS SO ORDERED.**

DATED:    February 8, 2022

**HON. LINDA LOPEZ**
United States District Judge
3:22-cv-00075-LL-WVG